IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SHANNA LOCKER,

                Plaintiff,          Case No. CV11-168-S-EJL

vs.

                                       **ORDER OF DISMISSAL**

HOW-SOEL, INC., et al,

                Defendants.

On December 1, 2011, counsel in the above-entitled case were notified that this action would be dismissed pursuant to Rule 41.1 of the local rules of this court unless good cause was shown prior to that date why the same should not be dismissed. No cause has been shown why this case should not be dismissed.

    **IT IS HEREBY ORDERED** that the above-entitled case be, and the same hereby is, **DISMISSED** for lack of prosecution.

DATED: **March 23, 2012**

Honorable Edward J. Lodge
U. S. District Judge